UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN H. WRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>HAVEN OF REST MINISTRIES, et al.,<br><br>    Defendants. | Case No.  15-cv-00283-JST<br><br>**ORDER VACATING ORDER OF RECUSAL**<br><br>Re: Dkt. No. 12 |

The undersigned hereby vacates the Order of Recusal entered on February 4, 2015.  ECF No. 12.  The order was issued in error.  The undersigned is not disqualified from presiding over this matter.

**IT IS SO ORDERED.**

Dated: February 9, 2015

_____
JON S. TIGAR
United States District Judge