UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN H. WRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No.  15-cv-00283-JST<br><br>**ORDER DISMISSING AMENDED COMPLAINT UNDER 28 U.S.C. § 1915(E)(2)(B)**<br><br>Re: ECF No. 17 |

Pro se Plaintiff Franklin H. Wright previously filed with the Court a complaint, ECF No. 1, and an application to proceed in forma pauperis. ECF No. 2.  The Court granted Plaintiff's motion to proceed in forma pauperis, but screened the complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). ECF No. 15.  In its order dismissing the complaint, the Court granted Plaintiff 21 days to amend his complaint. Id. at 3.

Plaintiff has now filed a First Amended Complaint. ECF No. 17.  Having reviewed the First Amended Complaint, the Court still can discern no viable legal theory or ground for relief.  Because Plaintiff's complaint the lacks an arguable basis in law or fact, see Jackson v. Arizona, 885 F.2d 639, 640-41 (9th Cir. 1999), superseded by statute on other grounds as stated in Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir.2000), the Court will now dismiss the Complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The Court will also deny Plaintiff's motion for permission for electronic case filing, ECF No. 3, and Plaintiff's "ex parte motion to separate, create, and dismiss with leave to amend," ECF No. 16, as moot.

/ / /

/ / /

/ / /

1  The Clerk will close the file.

2  IT IS SO ORDERED.

3  Dated: March 11, 2015

_____
JON S. TIGAR
United States District Judge