United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN H. WRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No.  15-cv-00283-JST<br><br>**ORDER DENYING IFP STATUS ON APPEAL**<br><br>Re: ECF No. 19 |

On January 21, 2015, Plaintiff filed a document entitled "COMPLAINT against Bay Area Legal Aid, Laurel Beeler, Board of Trustees of the Glide Foundation, John Boehner, City and County of San Francisco, Commission on Judicial Performance, Harry Dorfman, Episcopal Communit Services of San Francisco, Ernest Goldsmith, Kamala Harris, Haven of Rest Ministries, Eric Holder, Judicial Council of the Ninth Circuit, Richard Kramer, Edwin Lee, Marla Miller, Barack H. Obama, Nancy Pelosi, Project Homeless Connect, Inc., Richard Seeborg, St. Anthony Foundation, Superior Court of San Francisco, The Bar Association of San Francisco, The President of the United States of America." ECF No. 1.  Plaintiff also filed a motion for leave to proceed in forma pauperis.  ECF No. 2.

The Court granted Plaintiff in forma pauperis status under 28 U.S.C. § 1915(a), as it appeared that Plaintiff lacked the ability to pay the court's filing fees.  ECF No. 15.  Nonetheless, the Court screened the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) because the Court could discern no viable legal theory or grounds for relief from the complaint.  Id.  The Court gave Plaintiff 21 days to amend the complaint.  Id.  Although Plaintiff filed an amended complaint, ECF No. 17, the Court dismissed the amended complaint, finding that the complaint continued to lack an arguable basis in law or fact.  ECF No. 18.

Plaintiff subsequently filed the present appeal.  ECF No. 19.  It is the judgment of this

1  Court that Plaintiff's appeal is frivolous, as it seeks appeal of this Court's dismissal of a complaint
2  that "has 'no arguable basis in fact or law.'" O'Loughlin v. Doe, 920 F.2d 614, 617 (9th Cir.
3  1990) (quoting Franklin v. Murphy, 745 F.2d 1221, 1228 (9th Cir. 1984)).  Appeal of the
4  dismissal is therefore not "taken in good faith" within the meaning of 28 U.S.C. § 1915(a)(3).  See
5  Coppedge v. United States, 369 U.S. 438, 444-45 (1962).
6      IT IS SO ORDERED.
7  Dated: May 7, 2015



JON S. TIGAR
United States District Judge

2